UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>  Defendant. | Civil Action No. 23-2046 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's December 21, 2023, Minute Order, Plaintiff Chinese American Legal Defense Alliance and Defendant the National Institutes of Health, through undersigned counsel, submit this status report to update the Court as to the status of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

NIH reports that the processing of Plaintiff's FOIA request remains ongoing. Due to the volume of potentially responsive records because of the breadth of the request, the parties are conferring on ways to narrow the scope of the request, and thus NIH is unable to provide an anticipated number of responsive records, or anticipated date of production, at this time. The Agency also reports that is working with the Department of Justice on coordinating certain national security implications at issue with this request, including another active litigation involving the same Plaintiff and the Department of Justice.

The parties agree that it is premature to set a briefing schedule, but NIH notes that if the parties are unable to come to an agreement regarding narrowing the scope of the request, the parties will promptly bring it to the Court's attention for resolution, and if necessary, to set a briefing

schedule. The parties therefore propose filing a status report by June 17, 2024, apprising the Court of the progress of the parties' discussions.

Dated: April 16, 2024
       Washington, DC

Respectfully submitted,

*/s/* C. Peter Sorenson

C. Peter Sorenson
DC Bar No. 438089
PO Box 10836
Eugene, Oregon 97440
541-606-9173
peter@sorensonfoialaw.com

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
    BRENDA GONZÁLEZ HOROWITZ
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2512

*Attorneys for the United States of America*