UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>          Plaintiff,<br><br>  v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>          Defendant. | Civil Action No. 23-2046 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's August 16, 2024 Minute Order, Plaintiff Chinese American Legal Defense Alliance and Defendant the National Institutes of Health, through undersigned counsel, submit this status report to update the Court as to the status of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

NIH reports that the processing of Plaintiff's FOIA request remains ongoing. NIH reports that the Office of Extramural Research ran searches for paragraphs 2-6 of the request. The preliminary results of those searches have been provided to Plaintiff. Defendant anticipates a first production at the end of January 2025. Defendant is also continuing to search for the remaining paragraphs of the request, and will provide Plaintiff with an update when that is complete.

The parties agree that it is premature to set a briefing schedule, but NIH notes that if the parties are unable to come to an agreement regarding narrowing the scope of the request, the parties will promptly bring it to the Court's attention for resolution, and if necessary, to set a briefing schedule. The parties therefore propose filing a status report by February 20, 2024, apprising the Court of the progress of the parties' discussions.

Dated: December 17, 2024
Washington, DC

Respectfully submitted,

*/s/* C. Peter Sorenson

C. Peter Sorenson
DC Bar No. 438089
PO Box 10836
Eugene, Oregon 97440
541-606-9173
peter@sorensonfoialaw.com

*Attorney for Plaintiff*

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By: */s/ Brenda González Horowitz*
BRENDA GONZÁLEZ HOROWITZ
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512

*Attorneys for the United States of America*