UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>        Defendant. | Civil Action No. 23-2046 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's December 18, 2024 Minute Order, Plaintiff Chinese American Legal Defense Alliance and Defendant the National Institutes of Health, through undersigned counsel, submit this status report to update the Court as to the status of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

NIH reports that the processing of Plaintiff's FOIA request remains ongoing. NIH reports that the Office of Extramural Research ran searches for paragraphs 2-6 of the request. The preliminary results of those searches have been provided to Plaintiff. Defendant anticipates a first production at the end of January 2025. Defendant is also continuing to search for the remaining paragraphs of the request, and will provide Plaintiff with an update when that is complete.

The parties agree that it is premature to set a briefing schedule, but NIH notes that if the parties are unable to come to an agreement regarding narrowing the scope of the request, the parties will promptly bring it to the Court's attention for resolution, and if necessary, to set a briefing schedule. NIH has been processing Plaintiff's request, and anticipates making a production on or before February 28, 2025. The parties will continue to confer on ways to narrow certain categories of the request.

Dated: February 20, 2025
      Washington, DC

           Respectfully submitted,

           */s/* C. Peter Sorenson

           C. Peter Sorenson
           DC Bar No. 438089
           PO Box 10836
           Eugene, Oregon 97440
           541-606-9173
           peter@sorensonfoialaw.com

           *Attorney for Plaintiff*

           EDWARD R. MARTIN, JR. #481866
           United States Attorney

           BRIAN P. HUDAK
           Chief, Civil Division

           By: */s/ Brenda González Horowitz*
               BRENDA GONZÁLEZ HOROWITZ
               Assistant United States Attorney
               601 D Street, NW
               Washington, DC 20530
               (202) 252-2512

           *Attorneys for the United States of America*