UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>        Plaintiff,<br><br>    v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>        Defendant. | Civil Action No. 23-2046 (LLA) |

## JOINT STATUS REPORT

Pursuant to the Court's February 20, 2025 Minute Order, Plaintiff Chinese American Legal Defense Alliance and Defendant the National Institutes of Health, through undersigned counsel, submit this status report to update the Court as to the status of this action brought under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552.

NIH reports that the processing of Plaintiff's FOIA request remains ongoing. NIH reports that the Office of Extramural Research ran searches for paragraphs 2-6 of the request. The preliminary results of those searches have been provided to Plaintiff. The parties have also continued to confer on narrowing the remaining categories of the request in order for NIH to provide an updated estimate of potentially responsive records to Plaintiff.  Defendant is also continuing to search for the remaining paragraphs of the request, and will provide Plaintiff with an update when that is complete.

The parties agree that it is premature to set a briefing schedule, but NIH notes that if the parties are unable to come to an agreement regarding narrowing the scope of the request, the parties will promptly bring it to the Court's attention for resolution, and if necessary, to set a briefing

schedule. The parties will continue to confer on ways to narrow certain categories of the request.

They propose to file a status report on or before May 20, 2025.

Dated: March 20, 2025
      Washington, DC

                          Respectfully submitted,

                          */s/* C. Peter Sorenson

                          C. Peter Sorenson
                          DC Bar No. 438089
                          PO Box 10836
                          Eugene, Oregon 97440
                          541-606-9173
                          peter@sorensonfoialaw.com

                          *Attorney for Plaintiff*

                          EDWARD R. MARTIN, JR. #481866
                          United States Attorney

                          By: */s/ Brenda González Horowitz*
                              BRENDA GONZÁLEZ HOROWITZ
                              Assistant United States Attorney
                              601 D Street, NW
                              Washington, DC 20530
                              (202) 252-2512

                          *Attorneys for the United States of America*