UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHINESE AMERICAN LEGAL DEFENSE ALLIANCE,<br><br>*Plaintiff,*<br><br>v.<br><br>NATIONAL INSTITUTES OF HEALTH,<br><br>*Defendant.* | Civil Action No. 23-2046 (LLA) |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate and agree that this action shall be, and is hereby, dismissed without prejudice, with each party bearing their own costs and attorney fees.

Dated: April 30, 2025

EDWARD R. MARTIN, JR.
D.C. Bar #481866
United States Attorney

*By: Brenda González Horowitz*
BRENDA GONZALEZ HOROWITZ
D.C. Bar # 1017243
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2512
Brenda.Gonzalez.Horowitz@usdoj.gov

*Attorneys for the United States*

Respectfully submitted,

C. PETER SORENSON
*By: /s/ C. Peter Sorenson*
C. Peter Sorenson, D.C. Bar 438089
Sorenson Law LLC
P. O. Box 10836
Eugene, Oregon 97440
petesorenson@gmail.com

*Counsel for Plaintiff*